

# Fourth Court of Appeals
## San Antonio, Texas

October 10, 2019

No. 04-19-00543-CV

Elsa **PRADO**, Individually and as Representative of the Estate of Rolando Prado, Jr., Deceased, and as Next Friend of A.P., Minor; Elizabeth Prado; Rolando Prado; and Maria Prado,
Appellants

v.

**LONESTAR RESOURCES, INC.**; Union Pacific Railroad Company; and Ezra Alderman Ranches, Inc.,
Appellees

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 16-07-00095-CVL
Honorable Susan D. Reed, Judge Presiding

# O R D E R

The court reporter in this case, Leticia Escamilla, is currently under a court order to file the complete reporter's record in cause number 04-19-00357-CR by October 15, 2019. Leticia Escamilla is hereby ORDERED that she shall work exclusively on completing the reporter's record in that cause number until it is filed. No extensions of time will be granted for that cause number.

After the reporter's record in cause number 04-19-00357-CR is filed, Leticia Escamilla is hereby ORDERED to file her parts of the reporter's record in this appeal, 04-19-00543-CV by November 1, 2019. No extensions of time will be granted for this cause number.

Leticia Escamilla is hereby notified that if she does not timely comply with this order, **she will be ordered to appear before this court and show cause why she should not be held in contempt of court.**

We further **order** that a copy of this order be served on Leticia Escamilla by first class United States mail and by certified mail, return receipt requested. Because "[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed," Tex. R. App. P. 35.3(c), we also order that a copy of this order be served on the trial court.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of October, 2019.



_____
Luz Estrada,
Chief Deputy Clerk